| | |
|---|---|
| 1 | THOMAS P. O'BRIEN<br>United States Attorney |
| 2 | LEON W. WEIDMAN<br>Assistant United States Attorney |
| 3 | Chief, Civil Division<br>SHARLA CERRA  (CSB #187176) |
| 4 | Assistant United States Attorney<br>          Federal Building Suite 7516 |
| 5 |           300 North Los Angeles Street<br>          Los Angeles, California |
| 6 |           Tel. 213 894-6117<br>          FAX:  213 894-7819 |
| 7 |           Email:  Sharla.Cerra@usdoj.gov |
| 8 | Attorneys for Defendant MICHAEL J. ASTRUE,<br>Commissioner of Social Security |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ARNOLD LOPEZ ,<br>     Plaintiff,<br>     v.<br>MICHAEL J. ASTRUE, Commissioner<br>of Social Security,<br>     Defendant. | ) ) ) ) ) ) ) ) ) ) | EDCV 08 1860 RZ.<br><br>**JUDGMENT OF REMAND** |

The Court ~~having~~ approve~~d~~s the parties' stipulation to remand this case pursuant to Sentence 4 of 42 U.S.C. § 405(g);

Accordingly, IT IS ORDERED AND ADJUDGED that the Commissioner's decision is reversed, and the matter is remanded to the Commissioner for further proceedings consistent with that stipulation. ~~and for entry of judgment for Plaintiff, judgment is hereby entered for Plaintiff.~~

Dated: June 16, 2009

_____
RALPH ZAREFSKY,
UNITED STATES MAGISTRATE JUDGE

-1-