LAW OFFICES OF BILL LATOUR
Bill LaTour [CSBN: 169758]
 11332 Mountain View Ave., Suite C
 Loma Linda, California 92354
 Telephone: (909) 796-4560
 Facsimile:  (909) 796-3402
 E-Mail: Bill.latour@verizon.net

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| ARNOLD LOPEX, ) | No. EDCV 08-1860 RZ |
| ) | |
|  Plaintiff, ) | [PROPOSED] ORDER AWARDING EAJA FEES |
| ) | |
|  v. ) | |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner Of Social Security, ) | |
| ) | |
|  Defendant. ) | |

 Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

 IT IS ORDERED that Plaintiff's counsel, as Plaintiff's assignee, shall be awarded attorney fees under the Equal Access to Justice Act ("EAJA") in the amount of TWO THOUSAND THREE HUNDRED DOLLARS and 00/cents ($2,300.00) as authorized by 28 U.S.C. §2412(d)., subject to the terms of the above-referenced Stipulation.

 DATED: July 22, 2009  /s/ Ralph Zarefsky
          HON. RALPH ZAREFSKY
          UNITED STATES MAGISTRATE JUDGE

-1-